IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JOLED INC., | Civil Action No. 6:20-CV-00559-ADA |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG DISPLAY CO., LTD., and SAMSUNG ELECTRONICS CO., LTD., | |
| Defendants. | |

## ORDER OF DISMISSAL

Before this Court is Plaintiff JOLED Inc. and Defendants Samsung Display Co., Ltd., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s joint motion to dismiss with prejudice as to products with OLED displays designed and manufactured by Defendant Samsung Display Co., Ltd. or its subsidiaries and without prejudice as to any other products.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-entitled and numbered cause be and the same is dismissed with prejudice as to products with OLED displays designed and manufactured by Defendant Samsung Display Co., Ltd. or its subsidiaries and without prejudice as to any other products, each party bearing its own costs, expenses, and attorneys' fees.

SIGNED this 19th day of May, 2021.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE